UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,                        **MEMORANDUM**

     -against-                                     21 Cr. 508 (VB)

DARREN JEMISON,

                        Defendant.
-------------------------------------------------------------X

TO: <u>Vincent L. Briccetti, United States District Judge:</u>

      Please find attached a transcript of the September 10, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: October 26, 2021
       White Plains, New York

                                                      Respectfully Submitted,

                                                        _____
                                                        JUDITH C. McCARTHY
                                                        United States Magistrate Judge