UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
            -against-                       :
                                            :           21 CR 508 (VB)
DARREN JEMISON                              :
                        Defendant.          :
-----------------------------------------------------x


## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation of

the Honorable Judith C. McCarthy, United States Magistrate Judge, dated 9/10/21, is approved

and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: October 27, 2021
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge