UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

___US___,
Plaintiff(s),

v.

___Jemison___,
Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

_21 cr 508_ (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/
(re-scheduled for:)

___ Status conference            ___ Final pretrial conference

___ Telephone conference         ___ Jury selection and trial

___ Pre-motion conference        ___ Bench trial

___ Settlement conference        ___ Suppression hearing

___ Oral argument                ___ ~~Plea hearing~~

___ Bench ruling on motion       _✓_ Sentencing

on _1/27/_, 20_22_, at _11:00 AM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _12/20/21_

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _12/3_, 20_21_
White Plains, NY

SO ORDERED

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge