UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
v.                                 :     **ORDER**
                                   :
DARREN JEMISON,                    :     21 CR 508 (VB)
                Defendant.         :
--------------------------------------------------------------x

Sentencing in this case is RE-SCHEDULED to **March 4, 2022, at 11:00 a.m.**

Defendant's sentencing submission due February 18, 2022.

Government's sentencing submission due February 25, 2022.

Dated: January 18, 2022
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge