UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

___(U)___,
    Plaintiff(s),

v.

Darren Jemison,
    Defendant(s).
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-25

**CALENDAR NOTICE**

21 cr 508 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/re-scheduled for:

✓ Status conference  VOSR    ___ Final pretrial conference

___ Telephone conference    ___ Jury selection and trial

___ Pre-motion conference   ___ Bench trial

___ Settlement conference   ___ Suppression hearing

___ Oral argument           ___ Plea hearing

___ Bench ruling on motion  ___ Sentencing

on __6-18-__, 20_25_, at __12:00 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from _____.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __6-11-__, 20_25_
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge